| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**           **Happy Jump, Inc.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **95-4791504**

**4. Debtor's address**

   **Principal place of business**

   **19843 Nordoff Street**
   **Northridge, CA 91324**
   Number, Street, City, State & ZIP Code

   **Los Angeles**
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)     **happyjump.com**

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Happy Jump, Inc.**    Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__9900__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Happy Jump, Inc.** Case number (*if known*)
　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　　Contact name _____
　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Happy Jump, Inc.**
      Name

Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2018**
                MM / DD / YYYY

X _/s/_____      **Roubik Amirian**
  Signature of authorized representative of debtor     Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _/s/_____      Date  **June 19, 2018**
  Signature of attorney for debtor                     MM / DD / YYYY

**Mark T Young**
Printed name

**Donahoe & Young LLP**
Firm name

**25152 Springfield Court Ste 345**
**Valencia, CA 91355-1081**
Number, Street, City, State & ZIP Code

Contact phone  **661-259-9000**     Email address  **myoung@donahoeyoung.com**

**89951 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Happy Jump, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Archdiocese of Los Angeles**  3424 Wilshire Blvd  Los Angeles, CA 90010 | **Matthew Groseclose, Esq.**  mgroseclose@polsinelli.com  310-203-5348 | **Judgment (LASC Case No. BC477461)** | | | | $640,025.00 |
| **Bulls Investment LLC**  20255 Corisco St  Chatsworth, CA 91311 | | **Security deposit for lease held by landlord Bulls Investment LLC** | | $148,418.44 | $0.00 | $148,418.44 |
| **ESI Inflatables**  Zhenye 3 Road  Shatou Industry Zone A Jiujiang Town  Nanhai Dist Foshan City GD528208  CHINA | | **Inventory purchases** | | | | $128,031.40 |
| **Rhino Tex**  15080 Hilton Drive  Fontana, CA 92336 | | **Inventory purchases** | | | | $112,430.76 |
| **Plato Chemical Co Ltd**  Blk A 12/F Cheung Lung Ind Blvd  Lai Chi Kok  Kowloon  HONG KONG | | **Inventory purchases** | | | | $88,340.00 |
| **Intertex Inc**  B-Air Blowers  550 Ayon Avenue  Azusa, CA 91702 | | **Inventory purchases** | | | | $25,722.00 |
| **Hartford Insurance Company**  PO Box 660916  Dallas, TX 75266-0916 | | **Workers compensation insurance policy** | | | | $10,483.90 |

| Debtor | **Happy Jump, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cyclone**<br>14930 Arrow Hwy Unit B<br>Baldwin Park, CA 91706 | | **Inventory purchases** | | | | $10,130.00 |
| **Astec Logistics (HK) Ltd**<br>Rm 1108 World Trade Center<br>Huan Shi Rd<br>Guangzhou<br>CHINA | | **Shipping costs** | | | | $2,028.22 |
| **Fed Ex**<br>PO Box 7221<br>Pasadena, CA 91109-7321 | | **Shipping costs** | | | | $1,399.86 |
| **Vision Express**<br>400 White Horse Pike<br>Haddon Heights, NJ 08035 | | **Shipping costs** | | | | $1,302.70 |
| **Fed Ex Freight**<br>1715 Aaron Brenner Drive #600<br>Memphis, TN 38120 | | **Shipping costs** | | | | $1,045.61 |
| **Los Angeles County Tax Collector**<br>PO Box 54027<br>Los Angeles, CA 90054-0027 | | **Unsecured property taxes** | | | | $292.52 |
| **Tool King Motor Company**<br>5522 Olive Street<br>Montclair, CA 91763 | | **Inventory purchases** | | | | $235.00 |
| **R+L Carriers**<br>12200 Montague Street<br>Pacoima, CA 91331 | | **Shipping costs** | | | | $220.58 |
| **Sparkletts**<br>PO Box 660579<br>Dallas, TX 75266-0579 | | **Office supplies (water)** | | | | $124.36 |
| **Amie Regine Co Davis**<br>4702 Orion Ave Apt 8<br>Sherman Oaks, CA 91403 | | **Unpaid wages** | | | | Unknown |
| **Armando A Lacan Mejia**<br>16695 Chase St #7<br>Panorama City, CA 91402 | | **Unpaid wages** | | | | Unknown |

Debtor **Happy Jump, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Basillio Ladino Olivarez** | | **Unpaid wages** | | | | **Unknown** |
| **Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | | **Employment taxes** | | | | **Unknown** |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Mark T. Young**<br>**Donahoe & Young LLP**<br>**25152 Springfield Court Ste 345**<br>**Valencia, CA 91355-1081**<br>**661-259-9000 Fax: 661-554-7088**<br>California State Bar Number: **89951 CA**<br>**myoung@donahoeyoung.com**<br><br>☑ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Happy Jump, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Roubik Amiriam__, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
    - [✔] I am the president or other officer or an authorized agent of the Debtor corporation
    - [ ] I am a party to an adversary proceeding
    - [ ] I am a party to a contested matter
    - [ ] I am the attorney for the Debtor corporation
2.a.   [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*
  b.   [✔] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**June 19, 2018**                             By: _____
Date                                                 Signature of Debtor, or attorney for Debtor

                                                  Name:   **Roubik Amirian**
                                                               Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                           **F 1007-4.CORP.OWNERSHIP.STMT**

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF HAPPY JUMP, INC.

The Board of Directors of HAPPY JUMP, INC., a California Corporation (the "Company"), conducted a special meeting on June 19, 2018 at which the following directors of the Company were present: ROUBIK AMIRIAN.

Upon motion duly made and with the consent of a quorum of the Board of Directors, IT IS HEREBY RESOLVED as follows:

Due to the financial circumstances of the Company, it is necessary and appropriate that the Company file a petition for relief under Chapter 11 of the United States Bankruptcy Code. Accordingly, Roubik Amirian, President of the Company, is hereby authorized and directed on behalf of the Company to engage Donahoe & Young LLP of Valencia, California as Chapter 11 counsel and forthwith file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court, Central District of California.

THE UNDERSIGNED, BEING THE SOLE DIRECTOR OF THIS CORPORATION, CONSENTS TO THE FOREGOING ACTIONS.

Dated: June 19, 2018          HAPPY JUMP, INC., a California Corporation

By: _____
ROUBIK AMIRIAN, Director and President

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Mark T Young**<br>25152 Springfield Court Ste 345<br>Valencia, CA 91355-1081<br>661-259-9000 Fax: 661-554-7088<br>California State Bar Number: **89951 CA**<br>myoung@donahoeyoung.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Happy Jump, Inc.**

                                                    Debtor(s).

CASE NO.:
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 19, 2018**

Siganture of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 19, 2018**

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    F 1007-1.MAILING.LIST.VERIFICATION

```
Happy Jump, Inc.
19843 Nordoff Street
Northridge, CA 91324


Mark T Young
Donahoe & Young LLP
25152 Springfield Court Ste 345
Valencia, CA 91355-1081


Office of the US Trustee LA
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017
```

```
Amie Regine Co Davis
4702 Orion Ave Apt 8
Sherman Oaks, CA 91403


Archdiocese of Los Angeles
3424 Wilshire Blvd
Los Angeles, CA 90010


Archdiocese of Los Angeles
c/o Daniel W Bir of Polsinelli LLP
2049 Century Park East Ste 2900
Los Angeles, CA 90067


Armando A Lacan Mejia
16695 Chase St #7
Panorama City, CA 91402


Astec Logistics (HK) Ltd
Rm 1108 World Trade Center
Huan Shi Rd Guangzhou
CHINA


Basillio Ladino Olivarez



Bulls Investment LLC
20255 Corisco St
Chatsworth, CA 91311


Cyclone
14930 Arrow Hwy Unit B
Baldwin Park, CA 91706
```

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


ESI Inflatables
Zhenye 3 Road Shatou Industry
Zone A Jiujiang Town
Nanhai Dist Foshan City GD528208
CHINA


Fed Ex
PO Box 7221
Pasadena, CA 91109-7321


Fed Ex Freight
1715 Aaron Brenner Drive #600
Memphis, TN 38120


FedEx
3875 Airway Module H3
Dep 4634
Memphis, TN 38116


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Hartford Insurance Company
PO Box 660916
Dallas, TX 75266-0916


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intertex Inc  
B-Air Blowers  
550 Ayon Avenue  
Azusa, CA 91702  

Juan M Lopez  
25011 Peachland Ave #132  
Newhall, CA 91321  

Los Angeles County Tax Collector  
PO Box 54027  
Los Angeles, CA 90054-0027  

Plato Chemical Co Ltd  
Blk A 12/F Cheung Lung Ind Blvd  
Lai Chi Kok Kowloon  
HONG KONG  

R+L Carriers  
12200 Montague Street  
Pacoima, CA 91331  

Rafael L Gonzalez  
2538 Plaza Serena Drive  
Rialto, CA 92377  

Rhino Tex  
15080 Hilton Drive  
Fontana, CA 92336  

Roubik Amierian  
17805 Orna Drive  
Granada Hills, CA 91344

```
Roubik Amirian
19401 Parthenia St
Northridge, CA 91324


Roubik Amirian
17805 Orna DCrive
Granada Hills, CA 91344


Serjen Nazarian
442 E Santa Anita #E
Burbank, CA 91506


Sparkletts
PO Box 660579
Dallas, TX 75266-0579


Sparkletts
200 Eagles Landing Blvd
Lakeland, FL 33810


Stella Matavousian
17805 Orna Dr
Granada Hills, CA 91344


Stella Matavousian
17805 Orna Drive
Granada Hills, CA 91344


Tool King Motor Company
5522 Olive Street
Montclair, CA 91763
```

```
Venancio Otanez Montiel
14740 Roscoe Apt 36
Panorama City, CA 91402


Vision Express
400 White Horse Pike
Haddon Heights, NJ 08035


Vrej Bezik
1720 Grismer Avenue
Burbank, CA 91504


Yolanda B Ibarra Gomez
8511 Crawford Ave
Sun Valley, CA 91352
```